IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

VANESSA MARIBEL CUELLAR           )
HERNANDEZ,                        )
                                  )
                    Petitioner,   )
                                  )        1:26-cv-465 (LMB/IDD)
       v.                         )
                                  )
KIMBERLY ZANOTTI,                 )
                                  )
                    Respondent.   )

## ORDER

For the reasons states in open court, petitioner Vanessa Maribel Cullar Hernandez's ("Cuellar Hernandez" or "petitioner") Emergency Petition for Writ of Habeas Corpus Requesting Release of CAT Grantee; Re-Detained Without Authority, [Dkt. No. 1], is GRANTED. Accordingly, it is hereby

ORDERED that the federal respondents release Cuellar Hernandez, with all her personal property, by 3:00 PM on Tuesday, February 24, 2026, pursuant to the Order of Supervision under which Cuellar Hernandez was released on December 26, 2024; and it is further

ORDERED that the federal respondents—along with their officers, agents, servants, employees, attorneys, successors, and assigns, and all persons acting in concert with them—be and are ENJOINED from rearresting Cuellar Hernandez except upon a concrete showing of imminent removal to a qualifying, consenting country.

The Clerk is directed to enter judgment in Cuellar Hernandez's favor pursuant to Federal Rule of Civil Procedure 58, forward a copy of this Order to counsel of record, and close this civil action.

Entered this 24 day of February, 2026.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge